United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Stoyan Indzhov, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-61384-Civ-Scola |
| Athena by the Sea Corp. and others, | ) |
| Defendants. | ) |

### Order Granting Motion for Entry of Default Judgment

Consistent with Federal Rule of Civil Procedure 55(b)(2), Plaintiff Stoyan Indzhov seeks the Court's entry of a default judgment against Defendants Athena by the Sea Corp., Athena by the Sea Elias Business Trust LLC, and Martha Marchelos. Previously, the Clerk of the Court entered a default under Rule 55(a). (ECF No. 34.) Despite being served, none of the Defendants in this case has responded to the complaint or Indzhov's motion for default judgment and the time to do so has long since passed.

A "defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint." *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). In issuing a default judgment, a court may award damages "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," as long as "all essential evidence is already of record." *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

The complaint alleges the Defendants violated the Fair Labor Standards Act by failing to pay Indzhov the required overtime compensation and violated the Florida Minimum Wage Act by failing to pay him the required minimum wage. Indzhov has filed an affidavit establishing he suffered damages in the amount of $107,504.36, consisting of $53,552.18 in minimum wages and overtime pay, plus an equal amount in liquidated damages, and $400 in taxable costs.[1] (*See* Pl.'s Mot. Default J., with corresponding exhibits, ECF No. 37.)

After having considered the motion, the record, and the relevant legal authorities, the Court **grants** the motion for default judgment (**ECF No. 37**). The Court **enters judgment** in favor of the Plaintiff, Stoyan Indzhov, and against the Defendants, Athena by the Sea Corp., Athena by the Sea Elias Business Trust LLC, Athena by the Sea Elias Business Trust LLC, and Martha

---

[1] Admirably, counsel has not sought fees in this matter, noting that the only significant substantive work in this case related to his motion for final default judgment. The Court commends counsel for his restraint.

Marchelos, jointly and severally, in the amount of **$107,504.36**, for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate.

The Court also **grants** Indzhov's motion to amend and supplement his proofs of service (**ECF No. 36**). The Court accepts the three amended and supplemental proofs of services attached to Indzhov's motion and considers them filed as of the date of the motion to amend. (ECF Nos. 36-1.)

The Court **directs** the Clerk to mail a copy of this order to the Defendants at the addresses below.

Lastly, the Court **directs** the Clerk to **close** this matter.

**Done and Ordered** at Miami, Florida, on April 5, 2019.

Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail to:*
**Martha K. Marchelos**
2609 NE 27 Way
Ft. Lauderdale, FL 33306

**Martha K. Marchelos**
4400 N. Ocean Dr.
Lauderdale By The Sea, FL 33308

**Martha K. Marchelos**
414 S. 57 Way
Hollywood, FL 33023

**Athena By The Sea Corp.**
c/o Martha K. Marchelos, RA,
2609 NE 27 Way
Ft. Lauderdale, FL 33306

**Athena By The Sea Corp.**
c/o Martha K. Marchelos, RA,
4400 N. Ocean Dr.
Lauderdale By The Sea, FL 33308

**Athena By The Sea Corp.**
c/o Elias Marcheolos, its officer,
4734 N. Ocean Blvd.
Sea Ranch Lakes, FL 33308

**Athena By The Sea Corp.**

c/o Elias Marcheolos, its officer,
2609 NE 27 Way
Ft. Lauderdale, FL 33306

**Athena By The Sea Elias Business Trust LLC**

c/o Martha K. Marchelos, its officer,
2609 NE 27 Way
Ft. Lauderdale, FL 33306

**Athena By The Sea Elias Business Trust LLC**

c/o Martha K. Marchelos, its officer,
4400 N. Ocean Dr.
Lauderdale By The Sea, FL 33308

**Athena By The Sea Elias Business Trust LLC**

c/o Martha K. Marchelos, its officer,
414 S. 57 Way
Hollywood, FL 33023